IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DANIEL T. PAULY, as Personal Representative,
of the ESTATE OF SAMUEL PAULY, deceased,
and DANIEL B. PAULY, Individually,

      Plaintiffs,

v.                                                                   No. 1:12-cv-01311-KG-WPL

STATE OF NEW MEXICO
DEPARTMENT OF PUBLIC SAFETY,
GORDON E. EDEN, JR., in his capacity as
Secretary of the New Mexico Department
of Public Safety, RAY WHITE,
MICHAEL MARISCAL, KEVIN TRUESDALE,
and ROBERT SCHILLING, in his capacity as Chief
of the New Mexico State Police,

      Defendants.

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF PAGE LIMITS

**THIS MATTER** having come before the Court on Plaintiff's Unopposed Motion For Extension of Page Limits, Doc. No. 108 (filed December 23, 2013), and the Court being fully advised in the premises, FINDS that the Motion is well-taken and is hereby GRANTED.

**IT IS THEREFORE ORDERED** Plaintiffs are granted an extension of page limits, of up to 50 pages, for each of the following responses:

1. DEFENDANT RAYMOND WHITE'S FIRST MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM IN SUPPORT THEREOF (Doc. No. 83).

2. DEFENDANT KEVIN TRUESDALE'S FIRST MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM IN SUPPORT THEREOF (Doc. No. 90).

3. DEFENDANT MICHAEL MARISCAL'S FIRST MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM IN SUPPORT THEREOF (Doc. No. 91).

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted,

O'FRIEL and LEVY, P.C.
Attorneys for Plaintiffs

By:   /s/ Lee R. Hunt
    Lee R. Hunt, Esquire
    P. O. Box 2084
    Santa Fe, New Mexico 87504-2084
    (505) 982-5929
    lee@ofrielandlevy.com

Approved:

      Unopposed 12-23-13
    Mark Jarmie, Esq.
    Matthew D. Bullock, Esq.
    Mark D. Standridge, Esq.
    JARMIE & ASSOCIATES
    P. O. Box 26416
    Albuquerque, NM 87125-6416
    mjarmie@jarmielaw.com
    mbullock@jarmielaw.com
    mstandridge@jarmielaw.com