IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DANIEL T. PAULY,
*as Personal Representative of the
Estate of Samuel Pauly, deceased*, and
DANIEL B. PAULY,

      Plaintiffs,

vs.                                                                  CIV 12-1311 KG/WPL

STATE OF NEW MEXICO DEPARTMENT
OF PUBLIC SAFETY, *et al.,*

      Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

IT IS HEREBY ORDERED that a telephonic status conference is set on **THURSDAY, APRIL 28, 2016, at 1:30 PM**.  Counsel shall call Judge Gonzales' Meet Me line at 505.348.2354 to be connected to the proceedings.  *This line can only accommodate up to five telephone lines, including the Courts; if the parties anticipate that they will exceed this capacity, they must contact the Court immediately so that alternative arrangements may be made.*

                                                                           _____
                                                                           UNITED STATES DISTRICT JUDGE