IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DANIEL T. PAULY, *as personal representative*
*of the estate of* SAMUEL PAULY, *deceased, et al.*,

      Plaintiffs,

vs.                                       Civ. No. 12-1311 KG/JHR

STATE OF NEW MEXICO DEPARTMENT OF
PUBLIC SAFETY, *et al.*,

      Defendants.

## ORDER SETTING A TELEPHONIC STATUS CONFERENCE

IT IS HEREBY ORDERED that a status conference will be held by telephone on **THURSDAY, JUNE 28, 2018, AT 10:00 AM**. The parties shall call Judge Gonzales' Meet Me line at 505-348-2354 to be connected to the proceedings. *This line can only accommodate up to five (5) telephone lines, including the Courts; if the parties anticipate that they will exceed this capacity, they must contact the Court immediately so that alternative arrangements may be made.*

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE